Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Defendant
BOMIN BUNKER OIL CORPORATION
150 E 42nd Street
New York, NY 10017
(212) 490-3000 - Telephone
(212) 490-3038 – Facsimile
Frederick W. Reif
frederick.reif@wilsonelser.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
LIBERTY GLOBAL LOGISTICS LLC,   :
                                :
                    Plaintiff,  :     **ECF Case**
                                :
    -against-                   :     **DEFENDANT'S ANSWER AND**
                                :     **AFFIRMATIVE DEFENSES**
BOMIN BUNKER OIL CORP.,         :
                                :     Case No: 19-cv-03842-PAE
                    Defendant.  :
---------------------------------------------------------- x

Defendant Bomin Bunker Oil Corporation (hereinafter "Bomin"), by and through undersigned counsel, pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure, hereby files its Rule 7.1 Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

### CORPORATE DISCLOSURE STATEMENT

1.      Bomin is a wholly-owned subsidiary of parent company, Bomin International Holding GmbH.

2.      Bomin is not a publically-traded company, and no publicly-traded company owns 10% or more of its stock.

## **CERTIFICATE OF INTERESTED PARTIES**

1. The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publically traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case:

LIBERTY GLOBAL LOGISTICS LLC
*Plaintiff*

BOMIN BUNKER OIL CORPORATION
*Bomin/Defendant*

BOMIN INTERNATIONAL HOLDING GmbH
*Parent of Bomin*

MARINE BARGING LLC
*Wholly-Owned Subsidiary of Bomin*

BOMIN DELAWARE INC.
*Wholly-Owned Subsidiary of Bomin*

MATRIX MARINE FUELS L.L.C.
*Wholly-Owned Subsidiary of Bomin*

BOMIN ATLANTIC LLC
*Wholly-Owned Subsidiary of Bomin*

BOMIN INC., NEW ORLEANS
*Wholly-Owned Subsidiary of Bomin*

Tulio R. Prieto
CARDILLO & CORBETT, and any of its Attorneys
*Counsel for Plaintiff*

Frederick W. Reif
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP and any of its Attorneys
*Counsel for Bomin*

AXA Versicherung AG
*Underwriter for Bomin*

DATED: June 5, 2019

        Wilson Elser Moskowitz Edelman & Dicker LLP
        Attorneys for Defendant
        BOMIN BUNKER OIL CORPORATION

        */s/ Frederick W. Reif*
        Frederick W. Reif
        Nathan T. Horst
        150 E 42nd Street
        New York, NY 10017
        (212) 490-3000 - Telephone
        (212) 490-3038 – Facsimile
        Frederick W. Reif
        frederick.reif@wilsonelser.com
        nathan.horst@wilsonelser.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of June, 2019, a true and correct copy of the Bomin Bunker Oil Corporation's Certificate of Interested Parties and Corporate Disclosure Statement Pursuant to Supplemental Rule 7.1 of the Federal Rules of Civil Procedure has been served upon all counsel of record via the Court's CM/ECF system to all parties indicated on the electronic filing receipt.

        */s/ Nathan T. Horst*
        NATHAN T. HORST

9877276v.1