```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIBERTY GLOBAL LOGISTICS LLC,

                              **Plaintiff,**                        19-CV-03842 (PAE) (SN)

        -against-

                                                                        **ORDER**

BOMIN BUNKER OIL CORP.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of expert discovery on April 16, 2021, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                                       _/s/ Sarah Netburn_
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    April 19, 2021
                 New York, New York