UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

LIBERTY GLOBAL LOGISTICS LLC,

                                          Plaintiff,                    19 Civ. 3842 (PAE)

                    -v-

                                                                              <u>ORDER</u>

BOMIN BUNKER OIL CORP.,

                                          Defendant.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       As discussed on the record at today's case-management conference, this case remains scheduled to proceed directly to a bench trial. The parties' pretrial filings thus remain due by **June 4, 2021.** In accord with the Court's Individual Rules and Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer—with which counsel shall promptly and thoroughly familiarize themselves—those pretrial filings must include, *inter alia*, a joint pretrial order, Individual Rule 5(A); any motions *in limine*, Individual Rule 5(B)(i); proposed findings of fact and conclusions of law, Individual Rule 5(B)(iv); and additional submissions including affidavits constituting the direct testimony of certain trial witnesses, deposition excerpts, and all documentary exhibits, Individual Rule 5(C). Oppositions to motions *in limine* are due by June 11, 2021. Individual Rule 5(D).

       Further, by **Wednesday, May 19, 2021, at 5:00 p.m.**, the parties are directed to file a joint letter setting forth their availability for a bench trial in late-July through August 2021, and whether the parties consent to conduct that trial remotely, in light of current public-health conditions.

       SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2021
      New York, New York