UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY GLOBAL LOGISTICS LLC,

                              Plaintiff,

-v-

BOMIN BUNKER OIL CORP.,

                             Defendant.

19 Civ. 3842 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A conference is hereby scheduled for **Monday, June 28, 2021, at 4:00 p.m.** The parties should be prepared to discuss the scheduling issues in this case presented by defense counsel's serious medical condition, including plaintiff's resistance to modifying the trial schedule in light of that unexpected development.

This conference will be conducted telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: June 24, 2021
       New York, New York