UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY GLOBAL LOGISTICS LLC,

                                  Plaintiff,

-v-

BOMIN BUNKER OIL CORP.,

                                  Defendant.

19 Civ. 3842 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Today the Court held a telephonic conference to discuss the scheduling of the remote bench trial in this case in light of defense counsel's recent medical emergency. As discussed on that call, the Court is available for a remote three-day bench trial during the following periods in October 2021: (1) October 4–5 and 7–8; (2) October 12–15; and (3) October 25–29. By Wednesday, June 30, 2021, at 12:00 p.m., the parties are directed to jointly propose, within those periods, all windows during which the parties, their counsel, and all witnesses are available for a bench trial. The Court will endeavor, consistent with its schedule, to honor the parties' preferences within that general availability in setting a revised, firm trial date. The parties are also directed, in the same joint letter and consistent with the Court's guidance on today's teleconference, to propose revised deadlines for pretrial submissions.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 28, 2021
       New York, New York