UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIBERTY GLOBAL LOGISTICS LLC,  :  19 Civ. 3842 (PAE)(SN)
               Plaintiff,  :
   -against-  :  **NOTICE OF MOTION**
BOMIN BUNKER OIL CORP.,  :
               Defendant.  :
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of William P. Campbell dated October 8, 2021, Plaintiff will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, in Courtroom 1305, on a date to be determined by the Court for an order granting Plaintiff's motion to file under seal two of Plaintiff's Trial Exhibits, Exhibit 1, a bareboat charter party dated August 14, 2017, and Exhibit 2, consisting of two Vessel Operating and Management Agreements dated September 1, 2009, and June 30, 2018, and for such other and further relief as this Court may deem just and proper.

Defendant has consented to the relief sought by this motion.

DATED: New York, New York
       October 8, 2021

                                        Respectfully submitted,

                                        CARDILLO & CORBETT

                                        By: */s/ Tulio R. Prieto*
                                            Tulio R. Prieto

TO:   Counsel of record, via ECF

Plaintiff's motion is granted, although upon receipt of these exhibits at trial, the parties should expect these exhibits to become part of the publicly available record. SO ORDERED.

October 13, 2021

_____
PAUL A. ENGELMAYER
United States District Judge