UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY GLOBAL LOGISTICS LLC,

                           Plaintiff,

-v-

BOMIN BUNKER OIL CORP.,

                           Defendant,

19 Civ. 3842 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court issued a bench ruling resolving the parties' motions *in limine* at dockets 79 and 90. The Clerk of Court is respectfully directed to terminate these motions.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 14, 2021
          New York, New York